# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVIN ALONZO GUERRA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>　　　　　Respondents. | Case No. 1:26-cv-01913-JLT-EPG-HC<br><br>ORDER VACATING NO-TRANSFER ORDER AND DIRECTING CLERK OF COURT TO TERMINATE MOTION TO WITHDRAW PETITION AND TO CLOSE CASE<br><br>(ECF Nos. 7, 13) |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 5, 2026, Petitioner filed a motion to withdraw petition, (ECF No. 13), which the Court construes as a notice of voluntary dismissal. See Castro v. United States, 540 U.S. 375, 381–82 (2003) (courts may recharacterize a *pro se* motion to "create a better correspondence between the substance of a *pro se* motion's claim and its underlying legal basis"). Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal under this rule grants a plaintiff an absolute right to dismiss without prejudice, requires no action on the part of the court, and divests the court of jurisdiction upon the filing of the notice of voluntary dismissal. See United States v. 475 Martin Lane, 545 F.3d 1134, 1145 (9th Cir. 2008)

(describing consequences of voluntary dismissals pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)).

In this case, Respondents have not served either an answer or a motion for summary judgment. Thus, Petitioner's notice of dismissal was effective upon filing and without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For the sake of clarity, in light of Petitioner's notice of dismissal, the Court HEREBY ORDERS that:

1. The no-transfer order (ECF No. 7) is VACATED; and

2. The Clerk of the Court is DIRECTED to:

    a. TERMINATE Petitioner's motion to withdraw petition (ECF No. 13); and

    b. CLOSE the case.

IT IS SO ORDERED.

Dated:    **May 7, 2026**                   /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE